# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:05mj241

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| STEWART HUNNICUTT, JR. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court in accordance with 28, United States Code, Section 636(c), and upon the second Motion to Dismiss filed by the United States of America. Having considered that motion and the proposed Order, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government's second Motion to Dismiss is **ALLOWED**, and this action is **DISMISSED** with prejudice.

Signed: March 1, 2006

_Dennis E. Howell_
Dennis L. Howell
United States Magistrate Judge